IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALBERT T. OWENS, JR.,
Inmate No. 193166,
    Plaintiff,

vs.                                           Case No.: 3:15cv300/RV/EMT

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,
    Defendants.
_____/

# O R D E R

        This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 23, 2015 (ECF No. 6). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

        Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 10), I have determined that the Report and Recommendation should be adopted.

        Accordingly, it is now **ORDERED** as follows:

        1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.       Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety.

**DONE AND ORDERED** this 16th day of February, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:15cv300/RV/EMT